**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

ROGELIO BOLUFE IZQUIERDO,
    Plaintiff,

v.                                                      2:26-cv-35-KCD-NPM

ALLIGATOR ALCATRAZ,
UNKNOWN OPERATORS, OFFICERS,
AND SUPERVISORS, and
JOHN/JANE DOES 1-50,
    Defendants.

---

## ORDER

Plaintiff Rogelio Bolufe Izquierdo initiated a civil rights action against defendants Alligator Alcatraz, "unknown operators, officers, and supervisors," along with "John/Jane Does 1-50." (Doc. 1) To the extent Plaintiff wants the warden of Alligator Alcatraz, the United States Immigration and Customs Enforcement agency, and/or "Guarda World" to be served, he must amend the complaint to identify the full name of each defendant in the caption of his complaint. [1] Furthermore, Plaintiff must drop both the Unknown and John/Jane Doe defendants from his complaint. After all, "Federal Rule of Civil Procedure 10(a) requires every complaint to name all parties," *Doe v. Sheely*, 781 Fed. App'x 972, 973 (11th Cir. 2019), and "[a]s a general matter, fictitious-party pleading is not permitted in federal

---

[1] At a minimum, plaintiff Izquierdo must describe each defendant with enough particularity that a process server could readily identify and serve the individual or entity. The full name of an entity defendant includes its business form, such as Inc. or LLC.

- 2 -

court." *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010). There will be opportunities in the future to identify and name additional defendants as appropriate.

In addition to amending the complaint, Plaintiff must send us a proposed summons for *each* defendant that includes a proper mailing address and—for any entity defendants—identifies the registered or other agent to be served.

Accordingly, by **May 29, 2026**, plaintiff Izquierdo must amend and file his complaint in compliance with this order, and he must provide the clerk with a proposed summons for *each* defendant. Failure to do so may result in dismissal of this action without further notice.

**ORDERED** on April 21, 2026

_____
NICHOLAS P. MIZELL
United States Magistrate Judge

- 2 -